UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CHENG, ET AL.,

                Plaintiffs,        21-cv-6682 (JGK)

    - against -                ORDER

ZHANG MEDICAL P.C., ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 2, 2021.

SO ORDERED.
Dated:    New York, New York
         November 1, 2021

                                        _____
                                           John G. Koeltl
                                       United States District Judge