Revised: April 22, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

Juan Cheng, an Individual; and
Guo Qiang Chen, an Individual,

            Plaintiff(s),

-against-

Zhang Medical P.C.; NHFC, Inc.; John J. Zhang;
Zitao Liu; The Catherine Fdn Reprod. Med., Ltd.;
PacGenomics; Malgorzata Jaremko; Phosphorus,
Inc.; Does 1-10,
            Defendant(s).

-----------------------------------------------------------x

Case Number:

No. 1:21-cv-06882 (JGK) (SDA)

## REPORT OF RULE 26(f) MEETING AND PROPOSED CASE MANAGEMENT PLAN

In accordance with Federal Rule of Civil Procedure 26(f), counsel for the parties spoke on __Nov. 12, 2021__ and exchanged communications thereafter, and submit the following report of their meeting for the court's consideration:

1. **Summary of Claims, Defenses, and Relevant Issues**

   **Plaintiff:**
   Plaintiffs engaged defendants to obtain a baby girl through IVF and gender selection procedures but instead bore a boy. Medical malpractice; fraud & fraud. inducement; concealment; misrepresentation; emotional distress; lack informed consent; ord. neg.; breach contract; br. cov. good faith and fair dealing; restitution; deceptive trade practices act; loss of society.

   **Defendant:**
   The defendants provided services rendered as promised. The defendants provided care that was within good and accepted practice of fertility medicine. The defendants obtained plaintiff's informed consent for the procedures performed.

2. **Basis of Subject Matter Jurisdiction:** 28 U.S.C. 1332 (diversity of citizenship)

Revised: April 22, 2021

3.  **Subjects on Which Discovery May Be Needed**

<u>Plaintiff:</u>
<u>Identification of persons and entities responsible for biopsies and testing of plaintiffs' embryos; all documents that mention 9 embryos by ID letters/numbers; test results for all 9 embryos; licenses and approvals; docs showing success rates of gender selection; documentary communications betw. ptfs & dfts; guidelines for handling embryos; others in ptfs' discovery requests.</u>
<u>Defendant:</u>
<u>Defendants will require copies of all written statements and records in possession of plaintiff, copies of all notes made by plaintiffs, copies of any audio/visual recordings made by plaintiffs, copies of all literature provided to plaintiff by defendants.</u>

4.  **Initial Disclosures**

The information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure ~~was~~ will be disclosed by Plaintiff(s) on _ 1/20/2022 _. In addition, on _ 1/20/2022 ____, Plaintiff(s) produced/will produce an initial set of relevant documents identified in its Initial Disclosures and will continue to supplement its production.

The information required by Rule 26(a)(1) of the Federal Rules of Civil Procedure ~~was~~ will be disclosed by Defendant(s) on  1/20/2022   __. In addition, on _1/20/2022    __, Defendant(s) produced/will produce an initial set of relevant documents identified in its Initial Disclosures and will continue to supplement its production.

5.  **Formal Discovery**

    The parties jointly propose to the Court the following discovery plan:

    a.  All fact discovery must be completed by _9/30/2022 __.

    b.  The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court,

*Revised: April 22, 2021*

provided that the parties meet the deadline for completing fact discovery set forth in 5(a) above.

    i.    <u>Depositions</u>: Depositions shall be completed by 5/5/2022 and limited to no more than __12__ depositions per party. Absent an agreement between the parties or an order from the Court, non-party depositions shall follow initial party depositions.

    ii.    <u>Interrogatories</u>: Initial sets of interrogatories shall be served on or before 2/4/2022____. All subsequent interrogatories must be served no later than 30 days before the discovery deadline.

    iii.    <u>Requests for Admission</u>: Requests for admission must be served on or before __2/4/2022_____.

    iv.    <u>Requests for Production</u>: Initial requests for production were/will be exchanged on __2/4/2022__ and responses shall be due on __3/11/2022_____. All subsequent requests for production must be served no later than 30 days before the discovery deadline.

    v.    <u>Supplementation</u>: Supplementations under Rule 26(e) must be made within a reasonable period of time after discovery of such information.

6. **Anticipated Discovery Disputes**

Are there any anticipated discovery disputes? Does either party seek limitations on discovery? Describe.

_____
_____
_____

7. **Amendments to Pleadings**

    a.    Are there any amendments to pleadings anticipated? _Yes, by ptfs._____

    b.    Last date to amend the Complaint: __3/25/2022_____

*Revised: April 22, 2021*

8. **Expert Witness Disclosures**

At this time, the parties <u>do</u>/do not (circle one) anticipate utilizing experts.  Expert discovery shall be completed by __11/15/2022_____.

9. **Electronic Discovery and Preservation of Documents and Information**

   a. Have the parties discussed electronic discovery?  __No._____

   b. Is there an electronic discovery protocol in place?  If not, when the parties except to have one in place?  __No.___2/4/2022_____

   c. Do the parties want the Court to enter a Rule 502(d) Order? (*see* Rule 502(d) Order)

      Yes __X__        No _____

   d. Are there issues the parties would like to address concerning preservation of evidence and/or electronic discovery at the Initial Case Management Conference?
   _____
   _____
   _____

10. **Anticipated Motions**
    _____
    _____
    _____

11. **Early Settlement or Resolution**

The parties have/<u>have not</u> (circle one) discussed the possibility of settlement.  The parties request a settlement conference by no later than __5/19/2022_____.  The following information is needed before settlement can be discussed:

   _Responses to written discovery requests.  And completion of depositions._____
   _____
   _____

12. **Trial**

   a. The parties anticipate that this case will be ready for trial by _1/9/2023___

4

Revised: April 22, 2021

    b.    The parties anticipate that the trial of this case will require __8__ days.

    c.    The parties do/<u>do not</u> (circle one) consent to a trial before a Magistrate Judge at this time.

    d.    The parties request a <u>jury</u>/bench (circle one) trial.

13.    **Other Matters**

_____
_____
_____

Respectfully submitted this 12th day of Nov., 2021.

| ATTORNEYS FOR PLAINTIFF(S): | ATTORNEYS FOR DEFENDANT(S): |
|---|---|
| *s/ Carolyn Shields* | *s/ Christopher A. Terzian* |