UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Cheng et al.,

                Plaintiffs,

-against-

Zhang Medical P.C. et al.,

                Defendants.

1:21-cv-06682 (JGK) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Initial Pretrial Conference scheduled for Wednesday, January 11, 2023, at 11:00 a.m. is canceled.

The parties are directed to appear for a telephone conference on Tuesday, October 11, 2022, at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
           October 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge