**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Juan Cheng et al.,

                Plaintiffs,

-against-

Zhang Medical P.C. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/04/2022

1:21-cv-06682 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In view of the Order entered at ECF No. 66, the telephone conference scheduled for Tuesday, October 11, 2022, at 11:00 a.m. is canceled. The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (ECF No. 62.) All non-dispositive pretrial motions and applications, including those related to scheduling and discovery, must be made to Judge Aaron and in compliance with this Court's Individual Practices, available on the Court's website at http://nysd.uscourts.gov/judge/Aaron..

**SO ORDERED.**

Dated:      New York, New York
             October 4, 2022

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge