```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Cheng et al.,

                            Plaintiffs,

      -against-

Zhang Medical P.C. et al.,

                            Defendants.

1:21-cv-06682 (JGK) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    The parties are directed to appear for a telephone conference on Friday, January 20, 2023, at 11:30 a.m. EST to discuss Plaintiffs' request to extend the discovery deadline. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:     New York, New York
             January 13, 2023

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge