UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CHENG, ET AL.,                           21-cv-6682 (JGK)

          Plaintiffs,                  ORDER

  - against -

ZHANG MEDICAL P.C., ET AL.,

          Defendants.

---

**JOHN G. KOELTL**, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendants' anticipated Rule 12(c) motion on **February 17, 2023**, at **11:00 a.m.** The Court will consider the defendants' request for a stay of discovery at that time.

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          February 14, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                        United States District Judge