```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUAN CHENG, ET AL.,                              21-cv-6682 (JGK)

            Plaintiffs,                    ORDER

- against -

ZHANG MEDICAL P.C., ET AL.,

            Defendants.

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the defendants' potential motion for judgment on the pleadings is due on **March 3, 2023**. Any response is due on **March 17, 2023**, and any reply is due on **March 27, 2023**. This schedule applies if the defendants choose to make a motion for judgment on the pleadings, but the defendants are by no means required to do so.

The defendants' request for a stay of discovery is **denied**. Any issues related to discovery in this action should be presented to the magistrate judge.

SO ORDERED.

Dated:  New York, New York
       February 17, 2023

                                                  John G. Koeltl
                                      United States District Judge