UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juan Cheng et al.,

               Plaintiffs,

-against-

Zhang Medical P.C. et al.,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2023

1:21-cv-06682 (JGK) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference today with the parties, for the reasons stated on the record, it is hereby ORDERED that, on July 7, 2023, the parties shall file a joint letter setting forth (1) whether the bankruptcy stay of litigation against Zhang Medical, P.C. has been lifted; and (2) a proposed schedule for the completion of expert discovery. If the parties cannot agree on a schedule, they shall each separately set forth their respective proposals.

SO ORDERED.

Dated:    New York, New York
             June 26, 2023

                                            */s/ Stewart D. Aaron*
                                            STEWART D. AARON
                                            United States Magistrate Judge