```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JUAN CHENG, ET AL.,

                Plaintiffs,

   - against -

ZHANG MEDICAL P.C., ET AL.,

                Defendants.

21-cv-6682 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The Clerk is directed to strike ECF NO. 108.

SO ORDERED.

Dated:    New York, New York
          October 3, 2023

                                  John G. Koeltl
                            United States District Judge