**LIU & SHIELDS LLP**
4160 MAIN STREET, SUITE 208A
FLUSHING, NEW YORK 11355
TEL: 718 463 1868
FAX: 718 463 2883
WHINNYLIU@GMAIL.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/1/2023
```

December 1, 2023

**BY ECF**

Hon. Stewart D. Aaron, Magistrate Judge
U.S. District Court, S.D.N.Y.
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, New York 10007-1312

Re: *Cheng & Chen v. Zhang Medical P.C. et al.*, Case No. 1:21-cv-06682-JGK-SDA
Letter motion to request extension of time to file joint status report to lift the bankruptcy stay

Your Honor:

We represent plaintiffs and write to report that Attorney Carolyn Shields had an emergency and is still in a hospital. We request a two-week extension to file the joint status report to lift the bankruptcy stay.

Respectfully submitted,

s/ *Ying Liu*

Ying Liu
Liu & Shields LLP
Attorneys for Plaintiffs

cc to all counsel of record by ECF

Application GRANTED. No later than Friday, December 15, 2023, the parties shall file a joint letter regarding the status of the stay. SO ORDERED.

Dated: December 1, 2023

*/s/ Stewart D. Aaron*