```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

JUAN CHENG, ET AL.,

          Plaintiffs,        21-cv-6682 (JGK)

  - against -                ORDER

ZHANG MEDICAL P.C., ET AL.,

          Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties were directed to provide a status report by January 12, 2024. See ECF No. 115. To date, no status report has been filed. The deadline for the parties to file a joint letter regarding the status of the stay is extended to **January 31, 2024**.

SO ORDERED.

Dated:    New York, New York
            January 19, 2024

                                                John G. Koeltl
                                         United States District Judge