UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN CHENG, et al.,

                       Plaintiffs,

-against-

ZHANG MEDICAL P.C., et al.,

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2024

21-CV-06682 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

     As discussed and for the reasons stated during the July 9, 2024 conference, it is hereby ORDERED that Defendants' motion for summary judgment shall be due **September 20, 2024**. Plaintiffs' opposition to Defendants' motion for summary judgment shall be due **October 11, 2024**. Defendants' reply in support of their motion for summary judgment shall be due **October 25, 2024**. The parties are referred to the Court's Individual Rule II(B)(9)(ii) regarding the submission of a Joint 56.1 Statement as to undisputed facts.

Dated: July 12, 2024
       New York, New York

                                          SO ORDERED.

                                          MARGARET M. GARNETT
                                          United States District Judge