LIU & SHIELDS LLP
41-60 MAIN STREET, SUITE 208A
FLUSHING, NEW YORK 11355
TEL: 631-474-1776
FAX: 718-463-2883
SHIELDSCJ524@GMAIL.COM

April 21, 2026

*By ECF*

Hon. Margaret M. Garnett,
United States District Judge
United States District Court, S.D.N.Y.
40 Foley Square, Room 2102
New York, NY 10007

Re: *Cheng & Chen v. Zhang Medical P.C. et al.*, Case No. 1:2021-cv-06682-MMG-SDA

Your Honor:

The parties, by their respective attorneys, submit this joint letter to respond to the Court's Order for the parties to identify the estimated length of trial, propose three potential dates to begin trial, and report whether a further settlement conference with the Magistrate Judge would be helpful. (ECF 146).

Since the Court's Order, defendant Jaremko, one of the six defendants, has filed a motion for reconsideration of the Court's Order on defendants' motion for summary judgment (ECF 146), and briefing on that motion will be complete on May 6, 2026. The parties suggest that they could better respond to the Court's Order after that motion is decided and ask for an extension of time to accommodate a decision of the motion and to incorporate any changes it effects into the estimate of trial length. The parties' attorneys did agree today that a further settlement conference with the Magistrate Judge might be helpful after defendant Jaremko's motion is decided. If the Court prefers a more immediate response, the parties will of course provide it.

Thank you.

Respectfully submitted,

s/ Carolyn Shields

Carolyn Shields
Ying Liu
For both sides

GRANTED. The pre-trial conference scheduled for April 28, 2026, is hereby ADJOURNED *sine die*. The Court will issue an appropriate order after resolving the motion for reconsideration (Dkt. No. 149).

SO ORDERED. Dated April 22, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE