**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Juan Cheng, et al.,**

**Plaintiffs,**

**-against-**

**Zhang Medical, P.C. et al.,**

**Defendants.**

**1:21-cv-06682 (MMG) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A remote settlement conference is scheduled before Magistrate Judge Stewart Aaron on Wednesday, October 7, 2026, at 2:00 p.m. Section 4 of Judge Aaron's Settlement Conference Procedures requires counsel for each party to send a pre-settlement letter no later than 7 days before the conference (*i.e.*, Wednesday, September 30, 2026).

Defendants did not submit their pre-settlement letters by the required deadline, and still did not submit their pre-settlement letters despite an email reminder, on Thursday, October 1, 2026, extending the deadline to Friday, October 2, 2026.

Accordingly, it is hereby ORDERED that Defendants shall submit their pre-settlement letters to Aaron_NYSDChambers@nysd.uscourts.gov no later than noon tomorrow, October 6, 2026. Failure to timely comply with this order may result in the imposition of sanctions.

**SO ORDERED.**

Dated: New York, New York
October 5, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge